2-13-010-CV









 
 
 
 
 
 
 
 
 
 
 
 
 
 COURT OF APPEALS
 SECOND DISTRICT OF TEXAS
 FORT WORTH
  
 
 


 

 

NO. 02-13-00010-CV

 

 


 
 
 In re Verlee Albert, Jr.
 
 
  
 
 
 RELATOR
 
 


 

 

------------

 

ORIGINAL PROCEEDING

------------

MEMORANDUM
OPINION[1]

                                                       ------------

The
court has considered relator’s petition for writ of mandamus and is of the
opinion that relief should be denied.  Accordingly, relator’s petition for writ
of mandamus is denied as moot.

 

PER CURIAM

 

PANEL: 
LIVINGSTON, C.J.; WALKER and MEIER, JJ.

 

DELIVERED: 
February 21, 2013









[1]See Tex. R. App. P. 47.4, 52.8(d).